

**IT IS ORDERED as set forth below:**

**Date: June 16, 2015**

_____

**C. Ray Mullins**
**U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
Northern District of Georg
ATLANTA DIVISION

| IN RE:<br>Wilfredo Morales,<br>    Debtor. | Case No. 14-73884 crm<br><br>Chapter 13 |
|---|---|
| Wilfredo  Morales,<br>Movant<br><br>vs<br><br>Internal Revenue Service,<br>Respondent. | Contested Matter |

ORDER ON DEBTOR'S OBJECTION TO CLAIM NO 1

This matter is before the Court on the Debtor's Objection to the following Proof of Claim which was filed in the above-styled Chapter 13 case and objected to by the Debtor:

| Claim No. | Claimant | Amount |
|---|---|---|
| 1 | Internal Revenue | $   83,492.85 |

The hearing on the Objections was set for March 31, 2015 at 10:00 A.M. Present were counsel for the Debtor, and counsel for the Chapter 13 Trustee. No appearances were made on behalf of Respondent and no opposition to the objection was announced or filed with the Court. Upon review of the record and pleadings in this case, and for good cause shown:

IT HEREBY IS ORDERED that the Debtor's Objection to Proof of Claim is hereby SUSTAINED; the claim filed by Respondent is disallowed as a priority claim, allowed as a secured claim in the amount of $1,795.65, and the balance of the claim shall be treated as a general unsecured claim.

The Clerk is directed to serve copies of this Order upon the attached distribution list.

END OF DOCUMENT

Prepared by:                          No opposition as to form:

/s/ Charles C Black                        /s/
CHARLES C. BLACK                      Julie M. Anania
Georgia Bar No. 059580                Georgia Bar No. 477064
Attorney For Debtor                   Nancy J. Whaley,
BANNISTER and BLACK                   Standing Chapter 13 Trustee
Attorneys at Law                      303 Peachtree Centre Ave. Ste 120
Suite 100
231 Maxham Road                       Atlanta, GA 30303
Austell, Georgia 30168                (signed and submitted by Charles
(770) 944-3032                        C Black with express permission)
cblack@bellsouth.net

Distribution List

Nancy J. Whaley,
Standing Chapter 13 Trustee
303 Peachtree Centre Ave. Ste 120
Atlanta, GA 30303

Charles C Black
231 Maxham Rd
Suite 100
Austell GA 30168

Wilfredo Morales
4762 Howard Drive
Powder Springs GA 30127

Internal Revenue
Insolvency
P. O. Box 7346
Philadelphia PA 19101-7346

Glenda Collins
Internal Revenue Service
401 W Peachtree ST, NW
M/S 334-D
Atlanta, GA 30308-3539

IRS Area Counsel
401 W. Peachtree St., NW
Suite 1400 Stop 1000-D
Atlanta, GA 30308-3539

Department of Justice -
Tax Division
Attn.: Chief, Civil Trial Section Southern Region
P.O. Box 14198
Ben Franklin Station
Washington, D.C. 20044

United States Attorney General
Main Justice Building
10th and Constitution Avenue, NW
Washington, D.C. 20530

Civil Process Clerk
US Attorney
600 Richard B. Russell Bldg.
75 Spring Street SW
Atlanta, GA 30303